THE CAPITOL FOOD COMPANY, Respondent, v. RUSSEL KILBOURN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JOHN M. HOEN, Respondent, v. CLEBURNE EBERHART, JR., Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

---

## FIRST DEPARTMENT, JANUARY, 1926.

LIONELLO PERERA, Trading under the Firm Name and Style of LIONELLO PERERA & Co., Respondent, v. PAUL LONGONE, Appellant.

*Judgments — summary judgment — action on promissory note — answering affidavits show wagering contract — issue raised — summary judgment denied.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office April 16, 1925, granting the plaintiff's motion for summary judgment under rule 113 of the Rules of Civil Practice, in action on promissory note, and also from the judgment entered April 22, 1925, pursuant to said order.

PER CURIAM: The answering affidavits show that a wagering contract was contemplated by the parties, and if this be proven at trial it will defeat the plaintiff's cause. Therefore, since an issue of fact was presented, the judgment and order should be reversed, with costs, and the motion for summary judgment denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. Judgment and order reversed, with costs, and motion for summary judgment denied, with ten dollars costs.

---

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Assets of the SECOND RUSSIAN INSURANCE COMPANY, Appellant.

*Insurance — order directing State Superintendent of Insurance to take possession of property and assets of insurance company, affirmed.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office, directing liquidation of the Second Russian Insurance Company.

PER CURIAM: Pursuant to the direction of the Court of Appeals [241 N. Y. 581], we have examined into the merits of this appeal and are of the opinion that the order appealed from should be affirmed, with ten dollars costs and disbursements to the respondent. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ. Order affirmed, with ten dollars costs and disbursements.